HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUSCANY PACHECO,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAMPION WINDOW COMPANY OF SEATTLE SOUTH LLC; and CHAMPION OPCO, LLC,<br><br>        Defendants. | Case No. 2:22-cv-00164-JLR<br><br>STIPULATION PURSUANT TO FED.R.CIV.PRO. 15(a)(2) AND LOCAL RULE 15 REGARDING DEFENDANTS' CONSENT TO PLAINTIFF FILING SECOND AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE SAME    **JLR** |

The parties, by and through their respective counsel, hereby stipulate as follows.

Defendants consent, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15, to Plaintiff filing his Second Amended Complaint in the form attached here.

It is so stipulated this 21st day of March 2022.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


        By <u>s/Laurence A. Shapero</u>
           Laurence A. Shapero, WSBA No. 31301
        laurence.shapero@ogletree.com
        Attorneys for Defendants

FROST BROWN TODD LLC

By *s/Neal Shah*
   Neal Shah, admitted *pro hac vice*
nshah@fbtlaw.com
Attorneys for Defendants

LAW OFFICES OF SCOTT J. MCKAY

By *s/Scott McKay*
Scott McKay, WSBA No. 12746
scottjmckay@hotmail.com
Attorney for Plaintiff

LAW OFFICE OF MEL CRAWFORD

By *s/Mel Crawford*
Mel Crawford, WSBA # 22930
melcrawford@melcrawfordlaw.com
Attorney for Plaintiff

**ORDER**

Based on the preceding Stipulation of the parties, Plaintiff is GRANTED leave to file his Second Amended Complaint.

IT IS SO ORDERED this 21st day of March, 2022.

_____
Honorable James L. Robart
United States District Judge